U.S. Department of Justice
United States Attorney

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

FILED IN OPEN COURT
U.S.D.C. - Atlanta
OCT 17 2012
JAMES N. HATTEN, Clerk
By: Deputy Clerk

**ORIGINAL**

DIVISION Atlanta
(USAO 2012R00842)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:12-CR-349

MAGISTRATE CASE NO. 1:12-MJ-1402

_X_ Indictment    ___ Information    _x_ Magistrate's Complaint

DATE: OCTOBER 17, 2012    DATE:    DATE: OCTOBER 12, 2012

UNITED STATES OF AMERICA
vs.
**VYGANTAS VISINSKIS**

SUPERSEDING

Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:    TOTAL COUNTS:
(as to deft)    (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony    ___ Misdemeanor

**DEFENDANT:**

**IS NOT IN CUSTODY:**

1. ___ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal: _____

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding ___ Yes ___ No
   Date: _____    Issued by: _____

**IS IN CUSTODY:**

4. _X_ On this charge.
5. ___ On another conviction.
6. Awaiting trial on other charges ___ Yes ___ No
   ___ Federal ___ State
   If Yes, show name of institution _____
   Has detainer been filed ___ Yes    ___ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE: _____
JUDGE: _____
A.U.S.A.: Richard S. Moultrie and Yonette Buchanan
DEFT'S ATTY: William Thomas, Jr.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY
BY: RICHARD S. MOULTRIE and YONETTE BUCHANAN
Assistant United States Attorney

DATE: OCTOBER 17, 2012