IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 1:12-CR-349-AT-RGV |
| VYGANTAS VISINSKIS, and | : | |
| MINDAUGAS KACERAUSKIS | : | |

*FILED IN OPEN COURT*
*U.S.D.C. - Atlanta*
*AUG 14 2013*
*By: JAMES N. HATTEN, Clerk*
*Deputy Clerk*

## GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case that, given that defendant pleaded guilty to a related Information in Case Number 1:13-CR-163-AT, the Indictment filed in this case on October 17, 2012, charging violations of Title 18, United States Code, Sections 1594(b) (conspiracy to commit a forced labor violation), 1589 (forced labor), and 1592(a)(1) (document servitude), is hereby dismissed as to Defendants VYGANTAS VISINSKIS and MINDAUGAS KACERAUSKIS, and Movant prays leave of Court to file the same.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

By: _____
RICHARD S. MOULTRIE, JR.
ASSISTANT U.S. ATTORNEY
Phone: (404) 581-6000
Fax: (404) 581-6181
Georgia Bar No. 527275

Consented to by Defendant
[F.R.Crim.P. Rule 48(a)]

## ORDER

Now, to-wit, on the __14th__ day of __August__, 2013, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE